UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:25-cv-24796-PCH

MARIELA AGUILAR,
    *Plaintiff*,

v.

CENTENE MANAGEMENT COMPANY LLC,
    *Defendant*.

_____/

## PLAINTIFF'S PROPOSED SUPPLEMENTAL BRIEFING SCHEDULE

Plaintiff, MARIELA AGUILAR ("Plaintiff"), respectfully submits this Proposed Supplemental Briefing Schedule for the Court's consideration pursuant to the Court's Order on Plaintiff's Motion for Leave to Take Supplemental Deposition and to Extend Discovery and Expert Disclosure Deadlines [ECF No. 45]. In support, Plaintiff states as follows:

Defendant's Motion for Summary Judgment [ECF No. 17] is presently pending before the Court. The Court has authorized limited supplemental discovery, including one additional deposition. In light of that limited discovery, Plaintiff respectfully submits that a supplemental briefing schedule providing adequate time to analyze the deposition testimony—including through expert review—and prepare a meaningful supplemental brief is necessary to ensure that the summary judgment record is complete and fairly developed. Accordingly, Plaintiff proposes the following schedule:

**1. Completion of Supplemental Deposition**

The parties shall complete the deposition of Defendant's corporate representative on or before June 26, 2026.

1

**2.   Plaintiff's Supplemental Opposition**

Plaintiff shall serve and file a supplemental brief in opposition to Defendant's Motion for Summary Judgment on or before July 27, 2026. This deadline is necessary—not merely preferred.

The deposition is anticipated to address Centene's monitoring capabilities, its awareness of Plaintiff's after-hours TrueCare activity, and the specific login sessions documented in Centene-produced Excel reports—all of which are central to Defendant's pending Motion for Summary Judgment. Following the deposition, Plaintiff must obtain the certified transcript, retain and coordinate with an expert witness to analyze both the TrueCare login data and the deposition testimony, and incorporate that expert analysis into the supplemental brief. Compressing this process to fourteen days, as Defendant proposes, would effectively deny Plaintiff the meaningful opportunity to develop expert-supported evidence that the Court's supplemental discovery order was designed to provide.

**3.   Defendant's Supplemental Reply**

Defendant shall serve and file its reply in further support of its Motion for Summary Judgment on or before August 3, 2026. The trial period in this case has been continued to September 14, 2026, providing ample time for the Court to consider both submissions before trial.

**4.   No Other Modifications**

Except as set forth herein, Plaintiff does not seek to modify any other deadlines or provisions of the Court's existing scheduling order.

WHEREFORE, Plaintiff respectfully requests that the Court enter an order adopting the foregoing supplemental briefing schedule.

<strong>CERTIFICATE OF GOOD FAITH CONFERENCE</strong>

Pursuant to Local Rule 7.1(a)(3)(A), undersigned counsel certifies that counsel has conferred with Defendant's counsel but has been unable to reach agreement on proposed briefing

2

dates. On June 22, 2026, Plaintiff's counsel proposed a July 27 deadline for Plaintiff's supplemental brief and an August 3 deadline for Defendant's reply. Defense counsel rejected those dates and unilaterally filed its own proposed schedule. The parties have agreed that the corporate representative deposition shall proceed on June 26, 2026.

Dated: June 23, 2026

By: /s/ *Andres F. Vidales*
Andres F. Vidales, Esq.
Florida Bar No.: 1041185
**VIDALES LAW**
*Attorney for Plaintiff*
121 Alhambra Plaza, Suite 1000,
Coral Gables, FL 33134
Tel: (305) 537-6582
Fax: (786) 551-4166
afv@vidaleslaw.com
legalassistant@vidaleslaw.com

Respectfully submitted,

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed via the CM/ECF system, which will send electronic notice to all counsel of record, on June 23, 2026.

By: /s/ *Andres F. Vidales*
Andres F. Vidales, Esq.