UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-CV-24796-PCH

MARIELA AGUILAR,

      Plaintiff,

v.

CENTENE MANAGEMENT COMPANY
LLC,

      Defendant.

## ORDER ON SUPPLEMENTAL BRIEFING SCHEDULE

THIS CAUSE came before the Court upon Defendant's Proposed Supplemental Briefing Schedule [ECF No. 46]. Although the parties have been unable to reach agreement regarding certain deadlines, the Court has reviewed the proposed schedule and finds that the deadlines set forth therein are reasonable and appropriate for the needs of this case. Indeed, the Court would not have permitted materially longer deadlines than those proposed. Accordingly, it is ORDERED AND ADJUDGED as follows:

1.  Plaintiff shall take the deposition of Defendant's corporate representative on or before **June 26, 2026**.

2.  In light of the limited supplemental discovery authorized by the Court, including the corporate representative deposition, and to ensure that the record is complete for purposes of resolving Defendant's Motion for Summary Judgment, Plaintiff may serve and file a supplemental brief in opposition to Defendant's Motion for Summary Judgment on or before **July 10, 2026**. Any such supplemental filing shall be limited to matters arising from or related to the supplemental discovery obtained and shall not raise new arguments or expand upon

arguments previously asserted, except to the extent such arguments are based on information learned through the supplemental discovery. The supplemental briefing is limited to Plaintiff's unpaid overtime claim.

3.    Defendant shall serve and file its reply in further support of its Motion for Summary Judgment on or before **July 17, 2026**. Defendant's reply shall be limited to addressing the matters raised in Plaintiff's supplemental submission.

4.    Except as provided herein, all other deadlines and briefing previously set by the Court remain unchanged.

DONE AND ORDERED in Chambers on June 23, 2026.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record