**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**Case No.: 1:25-cv-24796-PCH**

MARIELA AGUILAR,

     Plaintiff,

v.

CENTENE MANAGEMENT COMPANY LLC.,

     Defendant.

_____/

**PLAINTIFF'S NOTICE OF FILING EXHIBIT I IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AS TO COUNT II**

Plaintiff Mariela Aguilar hereby files Exhibit I in support of Plaintiff's Supplemental Response in Opposition to Defendant's Motion for Summary Judgment as to Count II and Plaintiff's Supplemental Statement of Additional Material Facts.

Exhibit I consists of excerpts from Centene_0001616, the TrueCare spreadsheet produced by Defendant and addressed during the deposition of Defendant's Rule 30(b)(6) corporate representative, Sydney Michelle Parker, including the following extracted spreadsheets:

- Clock In and Out Hours.xlsx**;**
- LogInOut.xlsx**;**
- Notes Created.xlsx**;**
- Assessment Created.xlsx**; and**
- Letters Created.xlsx

Exhibit J is the June 26, 2026 deposition transcript of Sydney Michelle Parker, Defendant's Rule 30(b)(6) corporate representative.

Date: July 24, 2026

Respectfully submitted,

By:  /s/ *Andres F. Vidales*
    Andres F. Vidales, Esq.
    Florida Bar No.: 1041185
    **VIDALES LAW**
    *Attorney for Plaintiff Mariela Aguilar*
    121 Alhambra Plaza, Suite 1000,
    Coral Gables, FL 33134

Tel: (305) 537-6582
Fax: (786) 551-4166
afv@vidaleslaw.com
legalassistant@vidaleslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 24TH day of July, 2026, a true and correct copy of the

foregoing was electronically filed via the CM/ECF filing system and served upon:

Natalie J. Storch, Esq.
Karen E. Smeda, Esq.
Florida Bar No.: 1011113
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801-2366
Tel: 407.393.2900
Fax: 407.393.2929
njstorch@littler.com
ksmeda@littler.com
OrlandoECFiling@littler.com
mfilmore@littler.com
evega@littler.com
*Attorneys for Defendant*

*/s/ Andres F. Vidales*
Andres F. Vidales, Esq.