**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CASE NO.: 1:25-CV-24796-PCH**

**MARIELA AGUILAR,**

**Plaintiff,**

**v.**

**CENTENE MANAGEMENT COMPANY LLC,**

**Defendant.**

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Mariela Aguilar and Defendant, Centene Management Company, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby notify the Court that they have reached an amicable resolution of all claims and disputes at issue in this action. The Parties are currently finalizing the settlement documentation and anticipate filing a Stipulation of Dismissal with Prejudice upon execution of the settlement agreement, with each Party to bear her/its own attorneys' fees and costs.

***[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]***

Dated: September 10, 2026.

Respectfully submitted,

**VIDALES LAW**

***/s/ Andres F. Vidales***
Andres F. Vidales, Esq.
VIDALES LAW
121 Alhambra Plaza, Suite 1000,
Coral Gables, FL 33134
Tel: (305) 537-6582
Fax: (786) 551-4166
afv@vidaleslaw.com
legalassistant@vidaleslaw.com

***Attorneys for Plaintiff***

**LITTLER MENDELSON, P.C.**

***/s/ Kimberly R. Rivera***
Natalie J. Storch
Florida Bar No. 0269920
njstorch@littler.com
Kimberly Rivera
Florida Bar No.124822
ksmeda@littler.com
LITTLER MENDELSON, P.C.
111 North Orange Avenue, Suite 1750
Orlando, FL 32801.2366
Telephone: 407.393.2900
Facsimile: 407.393.2929

***Attorneys for Defendant***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 10th day of September 2026, a true and correct copy of the foregoing was filed via the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

***/s/ Kimberly R. Rivera***
Kimberly R. Rivera, Esq.